

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Ignacio G. and Myra A. Gonzales
Revocable Living Trust

No. 06-19-00014-CV

Appeal from the Probate Court No. 1 of
Travis County, Texas (Tr. Ct. No. C-1-PB-
16-002121). Opinion delivered by Justice
Burgess, Chief Justice Morriss and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, Edna Jean Burgess, pay all costs of this appeal.

RENDERED JUNE 6, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk